IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MANETIRONY CLERVRAIN | § | |
| VS. | § | CIVIL ACTION NO.  1:17-CV-452 |
| RACHEL CHAPA, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Manetirony Clervrain, a prisoner previously confined at the Federal Correctional

Institution in Beaumont, Texas, proceeding *pro se* and *in forma pauperis*, filed this civil action pursuant

to *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), against

Rachel Chapa, F. Bowers, Derick Edge, M. Garrison, M. Laguna, D. Sorrels, M. Sweet, Captain

Gustafason, Baez Patino, J. Gonzales, K. Ford, B. Walker, M. Garnica, B. Gann, J. Herdrich, M.

Bonzio, A. Collins, J. Landry, Mail Supervisor Sheldon, Correctional Secretary Hope, C. Hall, and W.

Clerpper.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate

Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The

magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge.  The

magistrate judge recommends dismissing the action pursuant to 28 U.S.C. § 1915(e) for failure to state

a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No objections

to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and

the report of the magistrate judge (document no. 40) is **ADOPTED**.  A final judgment will be entered

in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the **29** day of **January, 2021.**

Thad Heartfield
United States District Judge

2